IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID W LIPFORD,

    Petitioner,

v.                                            CASE NO. 5:13-cv-00244-MP-EMT

SECRETARY FLORIDA DEPT CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 7, 2014. (Doc. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted because the petition is untimely and petitioner has presented nothing to support application of the actual innocence exception.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The motion to dismiss the petition, Doc. 14, is GRANTED, and the petition is dismissed. No certificate of appealability is appropriate in this case.

**DONE AND ORDERED** this _9th_ day of May, 2014

                                                    _s/Maurice M. Paul_
                                             Maurice M. Paul, Senior District Judge